# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ponder Gambrell  <br>*Plaintiff*  <br>v.  <br>Nancy A. Berryhill, Acting Commissioner of Social Security  <br>*Defendant* | ) ) ) ) ) )   Civil Action No.: 5:17-1999-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative review.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   November 19, 2018

ROBIN L. BLUME  
*CLERK OF COURT*

s/Glenda J. Nance  
*Signature of Clerk or Deputy Clerk*